**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**NATHANIEL SCOTT**                                                                          **PETITIONER**

**v.**                                          **CASE NO. 4:20-cv-00400-BRW-JTK**

**DISTRICT COURT OF PINE BLUFF**                                          **RESPONDENT**

## ORDER

     I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  No objections have been filed.  After careful review of the findings and recommendations and a *de novo* review of the record, I approve and adopt the recommendation in all respects.

     I will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  Accordingly, I certify that an appeal *in forma pauperis* would not be taken in good faith.  Fed. R. App. P. 24(a)(3)(A).

     IT IS SO ORDERED this 20th day of May, 2020.

Billy Roy Wilson_____
 UNITED STATES DISTRICT JUDGE
