**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**NATHANIEL SCOTT**                                                                                    **PETITIONER**

**v.**                              **CASE NO. 4:20-cv-00400-BRW-JTK**

**DISTRICT COURT OF PINE BLUFF**                                                      **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, the petition for writ of habeas corpus is DISMISSED without prejudice.

IT IS SO ORDERED this 20th day of May, 2020.

                                          Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE